UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHANTRE SCOTT

Plaintiff(s)

v.

SOUTHWEST AIRLINES CO.

Defendant(s)

CASE No C 4:20-cv-01498-HSG

AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)
  The Parties request removal from the Court Sponsored Mediation and further request a referral to Private ADR with the Hon. Rebecca Westerfield (Ret.) at JAMS.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: August 27, 2020

Date: July 23, 2020    /s/ William M. Pao
                        Attorney for Plaintiff

Date: July 23, 2020    /s/ Marcie Isom Fitzsimmons
                        Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 7/24/2020

*signature: Haywood S. Gilliam Jr.*

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019