1 | Shaun Setareh (SBN 204514)
      shaun@setarehlaw.com
2 | William M. Pao (SBN 219846)
      william@setarehlaw.com
3 | Jose Maria D. Patino, Jr. (SBN 270194)
      jose@setarehlaw.com
4 | SETAREH LAW GROUP
   | 315 South Beverly Drive, Suite 315
5 | Beverly Hills, California 90212
   | Telephone (310) 888-7771
6 | Facsimile (310) 888-0109

7 | Attorneys for Plaintiff
   | SHANTRE SCOTT
8 |
   | MARCIE ISOM FITZSIMMONS (SBN 226906)
9 | NEDA HEFZI (SBN 323787)
   | GORDON REES SCULLY MANSUKHANI, LLP
10 | 275 Battery Street, Suite 2000
   | San Francisco, CA 94111
11 | Telephone: (415) 986-5900
   | Facsimile: (415) 986-8054
12 | misom@grsm.com
   | nhefzi@grsm.com
13 |
   | Attorneys for Defendant
14 | SOUTHWEST AIRLINES CO.

15

16

17 | UNITED STATES DISTRICT COURT

   | NORTHERN DISTRICT OF CALIFORNIA
18
   | OAKLAND DIVISION
19

20

21 | SHANTRE SCOTT, an individual,        | Case No. 4:20-CV-01498-HSG

22 |        *Plaintiff*,                   | Assigned For All Purposes To The Honorable
   |                                       | Haywood S. Gilliam, Jr., Courtroom 2
23 |        vs.
   |                                       | **ORDER FOR DISMISSAL OF ENTIRE
24 | SOUTHWEST AIRLINES CO., a Texas       | ACTION WITH PREJUDICE**
   | Corporation; and DOES 1 through 50,
25 | inclusive,

26 |        *Defendants*.                  | Complaint Filed: January 14, 2020

27

28

1

## **ORDER**

2        The Court, having considered, accepted, and approved the Stipulation for Dismissal

3   between the parties, ORDERS that the entire action is hereby dismissed with prejudice.  Each

4   party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the

5   provision of Fed. R. Civ. Proc. 54(d).

6

7        IT IS SO ORDERED.

8

9   DATED:      9/14/2020

                                    HONORABLE HAYWOOD S. GILLILAM, JR.,
10                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE